FILED by /G D.C.

SEP 27 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA – MIAMI

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 13-23102-CIV-UNGARO

CH OFFSHORE, LTD.,

    Plaintiff,

v.

PDV MARINA S.A., AND ASTILLEROS DE VENEZUELA, C.A. A/K/A ASTIVENCA ASTILLEROS DE VENEZUELA, C.A.,

    Defendant,

v.

WELLS FARGO BANK, N.A.,

    Garnishee.
_____/

**ANSWER OF GARNISHEE
AND
DEMAND FOR GARNISHMENT DEPOSIT**

    COMES NOW Garnishee, Wells Fargo Bank, N.A., successor in interest to Wachovia Bank, N.A., by and through its undersigned attorneys, and answers the Writ of Garnishment served herein on it and says:

    1. At the time of service of said Writ (plus sufficient time not to exceed one business day for Garnishee to act expeditiously on the Writ) and at the time of this Answer, and in between said times, excluding any "protected amount" as defined in Title 31, Subtitle B, Chapter II, Subchapter A, Part 212, <u>Code of Federal Regulations</u>, **if any**, the Garnishee may be indebted to Defendant(s), "PDV Marina S.A., And Astilleros De Venezuela, C.A. A/K/A Astivenca Astilleros De Venezuela, C.A." in the amount of $92,328.61 by virtue of an account(s) in the name of "Astivenca Astilleros De Venezuela C.A.", at the address(es) shown on the Service List, and Garnishee in good faith has retained the sum of **$92,328.61** in accordance with Chapter 77, and primarily Section 77.06(2) and (3), *Florida Statutes*.

85676913

2. Under Garnishee's Account Agreement with Garnishee's customer, Garnishee has a contractual right of setoff and a security interest in its customer's accounts for Legal Process, including garnishments, and it hereby claims this right as an Affirmative Defense. Specifically, among its other rights, Garnishee is authorized to charge against its customer's account a Legal Process Fee in the amount of $125.00. See *Baxter Healthcare Corp. v. Universal Medical Labs, Inc.*, 760 So. 2d 1126 (Fla. App. 5 Dist 2000). Said sum has been taken from an account(s) enumerated in paragraph 1 above, or charged to an account(s), and the amount shown in paragraph 1 reflects the sum held and available for garnishment after setoff. Garnishee's Legal Process Fee is in addition to the statutory $100.00 garnishment deposit payable to Garnishee's attorney for filing this Answer (Section 77.28 *Florida Statutes*).

3. The Garnishee has no other deposit, account or tangible or intangible personal property of Defendant(s) in its possession or control at the time of service of said Writ and at the time of this Answer, and in between said times, and knows of no other person indebted to the Defendant(s) or who may have any of the effects of the Defendant(s).

4. Except as provided in paragraph 1 above, the Garnishee has no obligation to make, and has not made, a factual determination as to whether any property of the Defendant(s) in its possession or control is subject to any exemption provided to the Defendant(s) by State or Federal law.

5. The Garnishee has retained the law firm of Marks Gray, P.A. to represent it in this matter and requests that it be paid its attorney's fees and costs as allowed by law.

85676913

**DEMAND FOR GARNISHMENT DEPOSIT**

The Clerk will please pay to the undersigned the $100.00 garnishment deposit required by Section 77.28 *Florida Statutes*, in the above-styled cause.

MARKS GRAY, P.A.

By _/s/ John B. Kent_
John B. Kent
Florida Bar No. 042442
P. O. Box 447
Jacksonville, FL 32201
Telephone: (904) 398-0900
Facsimile: (904) 399-8440
jkent@marksgray.com
Attorneys for Garnishee

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy hereof has been furnished to the email or mail address(es) listed on the attached Service List by email or mail on September 24, 2013.

MARKS GRAY, P.A.

By _/s/ John B. Kent_
John B. Kent
Florida Bar No. 042442
P. O. Box 447
Jacksonville, FL 32201
Telephone: (904) 398-0900
Facsimile: (904) 399-8440
jkent@marksgray.com
Attorneys for Garnishee

85676913

## SERVICE LIST

Clerk of the United States District Court
C. Clyde Atkins United States Courthouse
301 North Miami Avenue
Miami, FL 33128
**[Original Document]**

Patrick E. Novak, Esq.
Horr, Novak & Skipp, P.A.
(nnovak@admiral-law.com)

Astivenca Astilleros De Venezuela CA
Calle Las Flores Edif
fabiana Piso 9 Ofic 94
anzoategui 6023
Maracaibo, 00000
VE

Astivenca Astilleros De Venezuela CA
6834 NW 113th Place
Doral, FL 33178-4547

85676913