UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

CASE NO.: 13-23102-CIV-UNGARO

CH OFFSHORE, LTD.

    Plaintiff,
vs.

PDV MARINA S.A., & ASTILLEROS
DE VENEZUELA, C.A. A/K/A ASTIVENCA
ASTILLEROS DE VENEZUELA, C.A.,

    Defendants.
_____/

## **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

COMES NOW, the Plaintiff, CH OFFSHORE, LTD., by and through its undersigned counsel and pursuant to Rule 41(a)(1)(A)(i), hereby notices the voluntary dismissal without prejudice of the above-referenced matter.

Dated: December 6, 2013
       Miami, Florida

                                      Respectfully submitted,

                                      /s/ Patrick E. Novak
                                      PATRICK E. NOVAK
                                      Florida Bar No.: 838764
                                      pnovak@admiral-law.com
                                      HORR, NOVAK & SKIPP, P.A.
                                      Two Datran Center, Suite 1700
                                      9130 South Dadeland Boulevard
                                      Miami, FL 33156
                                      Telephone: (305) 670-2525
                                      Facsimile: (305) 670-2526
                                      Attorneys for Plaintiff

CASE NO.:  13-23102-CIV-UNGARO
PAGE 2

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on December 6, 2013, we electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  We also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to received electronically Notices of Electronic Filing.

/s/ Patrick E. Novak
PATRICK E. NOVAK
Florida Bar No.: 838764
pnovak@admiral-law.com

/62

CASE NO.: 13-23102-CIV-UNGARO
PAGE 3

## SERVICE LIST

| | |
|---|---|
| **PATRICK E. NOVAK**<br>Florida Bar No.: 838764<br>pnovak@admiral-law.com<br>HORR, NOVAK & SKIPP, P.A.<br>Two Datran Center, Suite 1700<br>9130 South Dadeland Boulevard<br>Miami, FL 33156<br>Telephone: (305) 670-2525<br>Facsimile: (305) 670-2526<br>**Attorneys for Plaintiff** | |