UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

CASE NO.: 13-23102-CIV-UNGARO

CH OFFSHORE, LTD.,

    Plaintiff,

vs.

PDV MARINA S.A., & ASTILLEROS
DE VENEZUELA, C.A. A/K/A ASTIVENCA
ASTILLEROS DE VENEZUELA, C.A.,

    Defendants.

_____/

## ORDER DIRECTING THE RELEASE OF FUNDS ATTACHED PER SUPPLEMENTAL RULE B

In accordance with Supplemental Rule B and Local Admiralty Rule B, and pursuant to the Request for Release filed on December 6, 2013, Garnishee is directed to release the funds currently being held under the Order Directing the Issuance of Process of Maritime Attachment and Garnishment (D.E. 9).

ORDERED at Miami-Dade County, Florida this 23 day of December, 2013.

_____
UNITED STATES DISTRICT COURT JUDGE

Copies furnished to:

Counsel of record

/65